**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MUHAMMAD PARVEZ, | No. 07-70161 |
| Petitioner, | Agency No. A046-988-737 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Muhammad Parvez, a native and citizen of Pakistan, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") order finding Parvez removable and denying his

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

application under 8 U.S.C. § 1186a(c)(4)(B) for waiver of the joint-filing requirement to remove the conditional basis of his lawful permanent resident status. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's denial of the waiver, *Oropeza-Wong v. Gonzales*, 406 F.3d 1135, 1147 (9th Cir. 2005), and we deny the petition for review.

The IJ found Parvez not credible based on inconsistencies between Parvez and his ex-wife's testimony regarding the nature and number of their marriage ceremonies and the consummation of their marriage. Because these inconsistencies go to the heart of whether the marriage was entered into in good faith, substantial evidence supports the denial of Parvez's waiver application. *See id.* at 1148.

**PETITION FOR REVIEW DENIED.**